[No. 2722–2.   Division Two.   May 2, 1978.]

JASON RESPO, *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2591, Terence Hanley, J., entered January 17, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Johnson, J. Pro Tem.

[No. 2699–2.   Division Two.   May 2, 1978.]

EDWIN CUVILLIER, JR., *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5749, Hewitt A. Henry, J., entered November 29, 1976. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Pearson, C.J., and Petrie, J.

[No. 2315–3.   Division Three.   May 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LOREN
EUGENE BLISS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20425, Walter A. Stauffacher, J., entered January 5, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.